CRB 555

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **GOMEZ        TIMOTEO**
    (Last)        (First)        (Initial)

Prisoner Number **F01170**   SAN QUENTIN STATE PRISON

Institutional Address **SAN QUENTIN 94974**

FILED FEB 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

==========================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

vs.

_____

(Enter the full name of the defendant(s) in this action))

Case No. **CV 08 1176**
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

  A.  Place of present confinement **SAN QUENTIN**

  B.  Is there a grievance procedure in this institution?

      YES (X)    NO ( )

  C.  Did you present the facts in your complaint for review through the grievance procedure?

      YES (X)    NO ( )

  D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT            - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal  my APPSAL WAS NEVER ANSWERED
4  By CAPTAIN DONAHUE AND the TIME LIMITATIONS
5  ARE WAY OVER DUE.                                                        2. First
6  formal level_____
7  _____
8  _____
9  3. Second formal level_____
10 _____
11 _____4 Third
12 formal level _____
13 _____
14 _____
15 E.   Is the last level to which you appealed the highest level of appeal available to
16      you?
17           YES (X)   NO ( )
18 F.   If you did not present your claim for review through the grievance procedure,
19 explain why._____
20 _____
21 _____
22 II.  Parties
23 A.   Write your name and your present address. Do the same for additional plaintiffs,
24      if any.
25 Timoteo Gomez SanQuentin State Prison SanQuentin CA 94974
26 _____
27 _____
28 B.   Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                - 2 -

1 | place of employment.
2 | CAPTAIN DONAHUE, WARDEN AYERS: WE AS PAISAS WANT A
3 | RULE MADE (MANDATORY) NOT TO BE PLACED IN THE SAME CELLS AS THOSE
4 | GANG MEMBERS. (PLEASE OVERLOOK THE STATEMENT AFTER THE TWO EMPLOYEES
5 | NAMES)
6 | _____III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | BEFORE I BEGIN MY STATEMENT I LIKE TO BRING TO YOUR ATTENT THE DEFIN-
13 | ITION OF (PAISA) WHICH MEANS LATINOS FROM DIFFERENT LATINOAMERICA COUNTRIES
14 | IN WHICH WE ARE NOT GANG MEMBERS MY PURPOSE FOR MAKING THIS COMPLAINT
15 | IS HERE WHERE WE ARE IN BADGER SECTION SAN QUENTIN WE AS PAISAS ARE ALWAYS
16 | PUT ON LOCKDOWN AND OUR PRIVILEGES ARE TAKEN FROM US FOR THE ACTIONS
17 | OF GANG MEMBERS WE CAN'T GO TO CANTEEN, YARD TIME NOR LAW LIBRARY
18 | THESE OFFICERS PURPOSELY PUT US WITH THESE GANG MEMBERS BUT WE DON'T
19 | WANT TO BE IN THE SAME CELLS WITH THEM I'VE WRITTEN A 602 COMPLAINT TO
20 | THE FACILITY CAPTAIN (CAPT DONAHUE) AND THE WARDEN (AYERS) WHICH THEY
21 | BOTH REFUSE TO ANSWER WE AS PAISAS SHOULDN'T BE CONSTANTLY PUNISHED
22 | FOR WHAT GANG MEMBERS DO WE WANT TO TREATED LIKE OTHER NORMAL PRISONERS
23 | NOT TREATED AS IF WERE GANG MEMBERS CAPT DONAHUE & WARDEN AYERS
24 | BOTH REFUSED TO DO ANYTHING ABOUT MY COMPLAINT (602)
25 | IV.   Relief
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 | WE AS (PAISAS) WANT TO IN THE CELLS TOGETHER AND NOT BE IN THE CELLS

COMPLAINT                          - 3 -

1  with gang members because it affects our (us Paisas) prog-
2  ram and our privsleges are taken from us for their actions, we
3  as Paisas would like this court to make a mandatory rule not to put
4  Paisas in the same cells with gang members

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this Timoteo Gomez day of 2/20, 2008

            _____
               (Plaintiff's signature)

COMPLAINT                       - 4 -

TIMOTEO GOMEZ F01170 1832
SAN QUENTIN CA 94974

[postmark: NORTH BAY CA 945 FEB 25 2008]

[RECEIVED stamp]

FEB 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO CLERK OF THE UNITED STATES
DISTRICT COURT OF NORTHERN DISTRICT OF CAL
450 GOLDEN GATE AVE BOX 36
SAN FRANCISCO CA 94102