UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
                              )
                              )   CV 08          1176
             Plaintiff,       )   CASE NO:
                              )
     vs.                      )   PRISONER'S
                              )   APPLICATION TO PROCEED
                              )   IN FORMA PAUPERIS
                              )
             Defendant.       )
_____)
```

FILED FEB 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CRB (PR)

I, Timoteo Gomez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1     b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).

5 _____
6 _____

7 5.    Do you own or are you buying a home?    Yes ___ No ✗
8 Estimated Market Value: $_____ Amount of Mortgage: $_____
9 6.    Do you own an automobile?    Yes ___ No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✗ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account?    Yes ___ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✗ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✗
20 _____

21 8.    What are your monthly expenses?
22 Rent: $ ⊘    Utilities: ⊘
23 Food: $ ⊘    Clothing: ⊘
24 Charge Accounts:

25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 N/A    $ ⊘    $ ⊘
27 _____    $ ⊘    $ ⊘
28 _____    $ ⊘    $ ⊘    9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____No_____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ☒
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _2/20/08_____     _____Urata Gomez_____
17       DATE                           SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

Timoteo Gomez   where (s)he is confined.
[prisoner name]
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0 .

Dated: 2/20/08            /s/ Hintut    S.Q.
                          [Authorized officer of the institution]

- 5 -